IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| CYRILL A. KOLOCOTRONIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4174-CV-C-NKL |
| | ) | |
| FULTON STATE HOSPITAL | ) | |
| REIMBURSEMENT OFFICER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 10, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on August 23, 2006. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. Plaintiff's exceptions do not show misconduct on the part of his guardian or show a danger of harm which is not or cannot be addressed by plaintiff's guardian or the state. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's August 10, 2006 Report and Recommendation is adopted [4]. It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis and his claims are dismissed, pursuant to the provisions of 28 U.S.C. § 1915 and the general order In re Cyrill Athanasios Kolocotronis (W.D. Mo. Aug. 28, 2003). [1]

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: November 16, 2006
Jefferson City, Missouri